```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02000
   DEBRA ALLEGRETTI
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-0142


-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 01/21/2005 and was confirmed 03/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.75%.

     The case was paid in full 11/20/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------
ALBERTSONS SAVINGS & RET  UNSECURED      NOT FILED          .00            .00
ALBERTSONS SAVINGS & RET  UNSECURED      NOT FILED          .00            .00
AMERICAN FIRST FEDERAL C  UNSECURED      NOT FILED          .00            .00
BANK OF AMERICA NA        UNSECURED            .00          .00            .00
CAPITAL ONE BANK          UNSECURED OTH  1516.10            .00         284.44
CAPITAL ONE BANK          UNSECURED      6205.37            .00        1163.38
CRESTAR BANK CARD         UNSECURED      NOT FILED          .00            .00
MAX FLOW CORP             UNSECURED     11045.06            .00        2070.73
FNANB                     UNSECURED      NOT FILED          .00            .00
GREENWOOD TRUST CO        UNSECURED      NOT FILED          .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED      NOT FILED          .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED      NOT FILED          .00            .00
KAPLAN & CHAET            UNSECURED      NOT FILED          .00            .00
PRIME OPTION              UNSECURED      NOT FILED          .00            .00
MAX RECOVERY              UNSECURED      5244.14            .00         983.17
RALPH J LICARI & ASSOCS   NOTICE ONLY    NOT FILED          .00            .00
WACHOVIA BANK CARD SERVI  UNSECURED      NOT FILED          .00            .00
SCHOTTLER & ZUKOSKY       PRIORITY       NOT FILED          .00            .00
RESURGENCE FINANCIAL LLC  UNSECURED      5401.51            .00        1012.68
MAX RECOVERY              UNSECURED      7487.94            .00        1403.84
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY    2,009.00                      2,009.00
TOM VAUGHN                TRUSTEE                                        522.76
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   9,450.00

PRIORITY                                        .00
SECURED                                         .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 02000 DEBRA ALLEGRETTI

```
UNSECURED                                                    6,918.24
ADMINISTRATIVE                                               2,009.00
TRUSTEE COMPENSATION                                           522.76
DEBTOR REFUND                                                     .00
                                      ----------------   ----------------
TOTALS                                       9,450.00           9,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```